1  **CAROL ANN MOSES  #164193**
Attorney at Law
2  575 East Alluvial, Ste. 105
Fresno, California  93720
3  Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
4

5  Attorney for Defendant, Kent Summers

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    | CASE NO.  6:14-mj-00073-MJS

12 |         Plaintiff,

13 |    v.                        | **STIPULATION TO CONTINUE INITIAL APPEARANCE TO SEPTEMBER 30, 2014; ORDER THEREON**

14 | KENT SUMMERS,

15 |         Defendant.

16

17    **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their

18 respective attorneys of record herein, that the Initial Appearance in the above captioned matter set

19 for August 12, 2014, **be continued to September 30, 2014, at 10:00 A.M.**  Mr. Summers'

20 mother lives out of state and is quite ill.  He is required to be out of state to take care of her.

21    Dated:  August 4, 2014                      /s/ Carol Ann Moses
                                                  CAROL ANN MOSES
22                                                Attorney for Defendant,
                                                  KENT SUMMERS
23

24

25    Dated:  August 4, 2014                      /s/ Matthew McNease
                                                  MATTHEW McNEASE
26                                                Legal Officer
                                                  National Park Service
27

28

**ORDER**

Good cause appearing, the above Stipulation is accepted and made the Order of the Court. The Initial Appearance in CASE NO. 6:14-mj-00073-MJS is continued to September 30, 2014, at 10:00 A.M.

IT IS SO ORDERED.

Dated:   August 6, 2014          /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE