**CAROL ANN MOSES  #164193**
Attorney at Law
575 East Alluvial, Ste. 105
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:   (559) 513-8530

Attorney for Defendant, Kent Summers

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENT SUMMERS,<br><br>Defendant. | CASE NO.  6:14-mj-00073-MJS<br><br>**STIPULATION TO ADVANCE INITIAL APPEARANCE TO AUGUST 26, 2014; ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Initial Appearance in the above captioned matter set for September 30, 2014, **be advanced to August 26, 2014, at 10:00 A.M.**  The Court previously granted a continuance of Mr. Summers initial appearance from August 12, 2014 to September 30, 2014.  Mr. Summers' mother lives out of state and is quite ill.  He has another family member

///

///

///

///

///

///

///

STIPULATION TO ADVANCE INITIAL APPEARANCE
TO AUGUST 26, 2014

1

who can only come to care for her the week of August 25th so that he can return to his home in Yosemite to prepare it for the winter as he anticipates a lengthy stay in Colorado.  He would like to take care of his initial appearance while he is back in California.

Dated:  August 21, 2014                             /s/ Carol Ann Moses
                                                    CAROL ANN MOSES
                                                    Attorney for Defendant,
                                                    KENT SUMMERS


Dated:  August 21, 2014                             /s/ Matthew McNease
                                                    MATTHEW McNEASE
                                                    Legal Officer
                                                    National Park Service

## **ORDER**

Good cause appearing, the above Stipulation in CASE NO.  6:14-mj-00073-MJS is accepted and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:   August 21, 2014              /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE

STIPULATION TO ADVANCE INITIAL APPEARANCE
TO AUGUST 26, 2014

2